NOT YET SCHEDULED FOR ORAL ARGUMENT

---

No. 23-7042

---

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

ANTHONY D. GIVENS, *et al.*,
APPELLANTS,

v.

MURIEL BOWSER, in her official capacity
as Mayor, Washington, D.C., *et al.*,
APPELLEES.

---

ON APPEAL FROM A JUDGMENT OF THE
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

---

**CONSENT MOTION OF APPELLEES FOR A 45-DAY EXTENSION OF TIME TO FILE THEIR RESPONSE BRIEF**

---

The brief of Appellees is currently due on September 18, 2023. Pursuant to Circuit Rule 27, appellees request a 45-day extension of time, until November 2, within which to file their brief. Appellants consent to this relief.

There is good cause for the requested extension. The Office of the Solicitor General continues to have a heavy workload. Moreover, the lead attorney in this case is leaving the Office of the Attorney General, and the matter will need to be reassigned within the office. Additional time is therefore necessary for the completion of the brief.

Accordingly, this Court should grant appellees' requested extension until November 2, 2023.

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

CAROLINE S. VAN ZILE
Solicitor General

ASHWIN P. PHATAK
Principal Deputy Solicitor General

/s/ Thais-Lyn Trayer
THAIS-LYN TRAYER
Deputy Solicitor General
Office of the Solicitor General

Office of the Attorney General
400 6th Street, NW, Suite 8100
Washington, D.C. 20001
(202) 255-3681
(202) 727-3804 (fax)
thais-lyn.trayer@dc.gov

September 2023

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the type-volume limitation in Federal Rule of Appellate Procedure 27(d)(1) because the motion contains 106 words, excluding exempted parts.  This motion complies with the typeface and type style requirements of Federal Rule of Appellate Procedure 32(a)(5) and (6) because it has been prepared in a proportionally spaced typeface using Microsoft Word 365 in Times New Roman 14-point font.

/s/ Thais-Lyn Trayer
THAIS-LYN TRAYER