# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 23-7042** | **September Term, 2023** |
| | 1:20-cv-00307-EGS-ZMF |
| | Filed On: February 5, 2024 [2038864] |

Anthony D. Givens, et al.,

    Appellants

    v.

Muriel Bowser, in her official capacity as
Mayor, Washington, D.C., et al.,

    Appellees

## **O R D E R**

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of this case scheduled for February 13, 2024, at 9:30 A.M.:

    Appellants   -   10 Minutes

    Appellees   -   10 Minutes

One counsel per side to argue. The panel considering this case will consist of Circuit Judges Millett and Walker, and Senior Circuit Judge Ginsburg.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by February 7, 2024.

### **Per Curiam**

    **FOR THE COURT:**
    Mark J. Langer, Clerk

    BY:   /s/
            Michael C. McGrail
            Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)